| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Diversified Resources Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   98-0687026

4. **Debtor's address**

   **Principal place of business**  
   PO Box 370  
   Littleton, CO 80160  
   Number, Street, City, State & ZIP Code

   Arapahoe  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor **Diversified Resources Inc.** Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  **Diversified Resources Inc.**                                             Case number (*if known*)
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other  _____

  **Where is the property?**  _____
                              Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency  _____
             Contact name  _____
             Phone  _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Diversified Resources Inc.**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 30, 2019**
                MM / DD / YYYY

**X /s/ Paul Laird**                                                              **Paul Laird**
Signature of authorized representative of debtor                                  Printed name

Title   **Chairman & CEO**

**18. Signature of attorney**

**X /s/ Michael J. Guyerson**                                                     Date **April 30, 2019**
Signature of attorney for debtor                                                        MM / DD / YYYY

**Michael J. Guyerson 1279**
Printed name

**Buechler Law Office, L.L.C.**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone   **720-381-0045**        Email address _____

**1279 CO**
Bar number and State

Fill in this information to identify the case:

Debtor name **Diversified Resources Inc.**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Abdul Khan<br>3430 Chandon Way<br>Littleton, CO 80126 | | Back Payroll | Disputed | | | $50,398.72 |
| Arthur D. McFall<br>36 Charlou Circle<br>Englewood, CO 80111 | | Promissory Note | | | | $100,000.00 |
| Burger Investments FLP<br>801 W. Mineral Ave., Suite 102<br>Littleton, CO 80120 | | Future Rent - Terminated Lease | Disputed | | | $163,046.00 |
| Condit Csajaghy<br>695 S. Colorado Blvd., Suite 270<br>Denver, CO 80246 | | Trade Debt | | | | $46,707.12 |
| Dr. Eric R. George<br>4228 Houma Blvd., Suite 600B<br>Metairie, LA 70006 | | Promissory Note | | | | $50,000.00 |
| Frazier & Deeter<br>401 E. Jackson St., Suite 2425<br>Tampa, FL 33602 | | Trade Debt | | | | $49,500.00 |
| Hart & Hart<br>1624 Washington Street<br>Denver, CO 80203 | | Trade Debt | | | | $37,565.00 |
| HS3 Technologies<br>695 Jerry St., Suite 405<br>Castle Rock, CO 80135 | | Trade Debt | | | | $46,769.38 |
| Kent Stevens<br>562 Queens Ct.<br>Queen Valley, AZ 85118 | | Promissory Note | | | | $300,000.00 |

Debtor  **Diversified Resources Inc.**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Lynn L. Nichols**<br>32 Niblick Lane<br>Littleton, CO 80123 | | **Promissory Note** | | | | $100,000.00 |
| **Patrick J. Maloney**<br>6708 S. Wolff Ct.<br>Littleton, CO 80123 | | **Promissory Note** | | | | $1,000,000.00 |
| **Paul John Zini**<br>13942 Ambercrest<br>San Antonio, TX 78249 | | **Promissory Note** | | | | $100,000.00 |
| **Paul Laird**<br>8010 Donatello Ct.<br>Littleton, CO 80125 | | **Back Payroll** | | | | $100,000.00 |
| **Pippenger Hedberg Law**<br>6950 E. Bellview Ave., Suite 202<br>Greenwood Village, CO 80111 | | **Trade Debt** | | | | $53,023.04 |
| **Randy Taber**<br>2940 Coming Road<br>Van Meter, IA 50261 | | **Promissory Note - Disputed Lien** | **Disputed** | $350,000.00 | $0.00 | $350,000.00 |
| **Richard & Debbie Baldwin**<br>15 RD 3008<br>Aztec, NM 87410 | | **Promissory Note - Disputed Lien in Stock** | **Disputed** | $1,860,000.00 | $0.00 | $1,860,000.00 |
| **Robert & Coleen Joyce**<br>2317 Keystone Dr.<br>Evergreen, CO 80439 | | **Promissory Note** | | | | $50,000.00 |
| **Ron Mcginnis**<br>597 W. Waterview Dr.<br>Green Valley, AZ 85614 | | **Promissory Note** | | | | $250,000.00 |
| **Stucky Red Bluff Inc**<br>5700 State Line Road<br>Mission Hills, KS 66208 | | **Promissory Note** | | | | $50,000.00 |
| **Ute Mountain Ute Tribe**<br>Director, Energy Admininistration<br>PO Box 42<br>Towaoc, CO 81334 | | **Unpaid Royalties** | **Unliquidated** | | | $124,818.98 |

# United States Bankruptcy Court
### District of Colorado

In re: **Diversified Resources Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 30, 2019**

**/s/ Paul Laird**
**Paul Laird**/**Chairman & CEO**
Signer/Title