UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIVERSIFIED RESOURCES INC. | ) | |
| | ) | Case No. 19-13627-EEB |
| | ) | |
| | ) | |
| BIYA RESOURCES INC. | ) | Case No. 19-13628-JGR |
| | ) | |
| | ) | |
| | ) | |
| NATURAL RESOURCE GROUP INC. | ) | Case No. 19-13629-MER |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## MOTION FOR JOINT ADMINISTRATION

Diversified Resources Inc., the Debtor and Debtor-in-Possession, by and through their attorneys, Buechler & Garber LLC, moves the Court pursuant to Fed.R.Bankr.P. 1015(b) for an Order for Joint Administration of the three Chapter 11 cases captioned *In Re Diversified Resources Inc.*, Case No: 19-13627, *BIYA Operators, Inc., Case N*o. 19-13628 and *In Re Natural Resource Group Inc.,* 19-13629 and as grounds therefore, states as follows:

1. The Debtor, Diversified Resources Inc., ("Diversified") filed for relief under Chapter 11 of the Bankruptcy Code on April 30, 2019 and remains a debtor-in-possession.

2. Diversified is a Nevada Corporation with its corporate headquarters, books and records located in Littleton, Colorado.

3. Diversified employs as W-2 employees or contract employees 5 persons as of the filing date.

1

4. The Debtor, BIYA Operators Inc., ("BIYA") filed for relief under Chapter 11 of the Bankruptcy Code on April 30, 2019 and remains a debtors-in-possession.

5. The Debtor, Natural Resource Group Inc., ("Natural resource") filed for relief under Chapter 11 of the Bankruptcy Code on April 30, 2019 and remains a debtors-in-possession.

6. BIYA, which is 99% owned by Diversified, is a New Mexico corporation with its corporate headquarters, books and records located in Littleton, Colorado.

7. Natural Resource, a Colorado corporation, is 100% owned by Diversified and its books and records are similarly located in Littleton, Colorado.

8. This Motion for Joint Administration is being filed in the Chapter 11 cases for In Re: Diversified Resources Inc., Case No: 19-13627, In Re: BIYA Operators Inc., 19-13628 and In Re: Natural Resource Group Inc., Case No. 19-13629.

9. BIYA owns certain oil and gas leases in the States of New Mexico and on the Ute Mountain Indian Reservation and is the primary generator of production revenue for the Debtors.

10. Diversified, in addition to its 99% ownership of BIYA, owns certain leases in the in its own name, but they are of nominal value. Diversified provides administrative functions for both Debtors.

11. Natural Resource, 100% owned by Diversified, owns certain leases in the State of Colorado which are of nominal value.

12. While BIYA, Natural Resource and Diversified are operated and maintained as separate corporations, the three Debtors enjoy common management, common operations, and separate but commonly maintained accounting systems, all maintained at a joint corporate headquarters.

13. Many, but not all, of the creditors of Diversified are also creditors of BIYA.

14. The main assets of the estate id Ute Mountain Indian Reservation leases are subject to a mineral development agreement held by Diversified.

15. BIYA faces certain environmental and capital funding issues. Diversified faces litigation matters with former insiders and shareholders of BIYA, who have asserted claims against Diversified. Natural Resource has likely future plugging and abandonment obligations.

16. BIYA, Natural Resource and Diversified enjoy the benefit of no significant major secured creditor or secured debt but there are litigation matters, an arbitration award/ judgement and unsecured claims, some of which are common to both Debtors that threaten the viability of all Debtors and renders the ability to raise funds through loans or equity extremely difficult outside the context of Chapter 11.

17. Prior to these filings, the management of the Debtors developed an operational and drilling program designed to maximize the Debtors' New Mexico and Ute Mountain Indian Reservation assets and to address plugging and abandonment concerns. This plan is somewhat dependent upon the unfettered access to current production revenues and, through either self-funding or capital or loans, future development funds being available to the Debtors.

18. Diversified and BIYA have also been engaged in active discussions with potential purchasers for this joint asset.

19. Unfortunately, litigation costs, a recent drop in commodity prices, and general uncertainties and uneasiness of potential lenders, investors, or purchasers caused by such matters has put a chill upon the Debtors ability to raise funds or sell assets outside of the protections and tools of Chapter 11.

20. The uncertainty over the Debtors' future environmental liabilities and a recent dispute with the Ute Mountain Indian Reservation over the demand by the Tribe that Diversified and BIYA clean-up damage caused by a succession of prior operators has accelerated the need to seek chapter 11 protection.

21. The Debtors intend to quickly file a Joint Plan of Reorganization that, it is anticipated at this time, will provided for the sale of 100% of the stock of BIYA to a third party company, the assumption of current environmental liabilities up to a cap to be negotiated between the parties or as determined by this court, the assumption and assignment of the oil and gas leases of the Debtors, (subject to the buyers' right to exclude certain leases or assets), a commitment of capital to be used by the purchaser to implement and bring into production the Debtors' current development plan for its New Mexico and Ute Indiana Mountain Reservation assets, and potentially a new value cash contribution from current shareholders who wish to retain their equity interests.

22. The financial issues and possible solutions facing Diversified Resources Inc., Natural Resource Group Inc., and BIYA Operators Inc., are significantly inter-related. The issues that will need to be resolved in all the Debtors' cases will be, to a great extent, identical. The cases will likely involve common factual and legal issues.

23. The Plan of Reorganization for the three Debtors will by necessity require a resolution of the same issues and is expected to be a Joint Plan.

24. There will be no cognizable harm to any creditor or party by joint administration; to the contrary the savings of fees and costs under joint administration is a significant benefit to all creditors.

25. The Diversified Resources Inc., Case No: 19-13627 Chapter 11 case was the earlier-filed case. Accordingly, pursuant to Local Bankruptcy Rule 1015-1, joint administration should occur under that case.

WHEREFORE, Debtors jointly pray that the Court enter an Order pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1, that the above-captioned cases all be jointly administered, with In Re BIYA Operators Inc., 19-13628, Natural Resource Group Inc., Case No 19-13629 under In Re Diversified Resources Inc., Case No: 19-13627 and for such further and additional relief as to the Court may appear proper.

Dated: April 30, 2019                              Respectfully submitted,

BUECHLER LAW OFFICE, L.L.C.

 /s/ Michael J. Guyerson
_____
Michael J. Guyerson, #11279
Counsel to Debtor
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
Mike@kjblawoffice.com

## CERTIFICATE OF SERVICE

I certify that on April 30, 2019, I served a complete copy of **MOTION FOR JOINT ADMINISTRATION and proposed Order** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

| | |
|---|---|
| **Via U.S. Mail**: | **Via CM/ECF**: |
| Diversified Resources Inc. | |
| Biya Operators Inc. | Office of The United States Trustee |
| Natural Resource Group Inc. | |
| PO Box 370 | |
| Littleton, CO 80160 | |

                                             */s/ Celina Worley*
                                             For Buechler Law Office, L.L.C.