## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIVERSIFIED RESOURCES INC. | ) | Case No. 19-13627-EEB |
| | ) | |
| | ) | |
| | ) | |
| BIYA OPERATORS INC. | ) | Case No. 19-13628-EEB |
| | ) | |
| | ) | |
| | ) | |
| NATURAL RESOURCE GROUP INC. | ) | Case No. 19-13629-EEB |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered Under |
| | ) | Case No. 19- 13627-EEB |

**ORDER GRANTING MOTION FOR ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED.R.BANKR.P. 3003(c)(3)**

THIS COURT, having reviewed the **MOTION FOR ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED.R.BANKR.P. 3003(c)(3)** (the "Motion"), filed by the Debtors and good cause having been shown, hereby:

ORDERS that the motion is GRANTED.

IT IS FURTHER ORDERED that the Proofs of Claim in the above-captioned Chapter 11 bankruptcy cases must be filed no later than **July 15, 2019 (the "Bar Date")**.

IT IS FURTHER ORDERED that any claims not filed by the Bar Date will be DISALLOWED. Any individual or entity that is required to file a Proof of Claim and that fails to do so by the Bar Date will not be treated as a creditor for the purposes of voting or distribution, will not receive any further notices or mailings in this chapter 11 case and any claim of such individual or entity will be forever barred against the Debtor.[1]

IT IS FURTHER ORDERED that following the Bar Date, a creditor will not be allowed to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by debtors in their respective bankruptcy schedules.

---

[1] Subject to 11 U.S.C. § 726(a)(1) in the event of conversion.

IT IS FURTHER ORDERED that, **on or before May 15, 2019**, the Debtors must serve a copy of this order, notice in the form attached as Exhibit 1, and a Proof of Claim form on all parties-in-interest pursuant to Fed.R.Bankr.P. 2002(a)(7). **Note that the Court modified the language in the Debtors' proposed Exhibit 1, so that the notice contains additional language regarding filing claims in each individual case to which it applies.**

IT IS FURTHER ORDERED that the form of Proof of Claim transmitted to creditors must comply with Official Form B 410 in all respects.

Dated: May 9, 2019

BY THE COURT:

*Elizabeth E. Brown*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIVERSIFIED RESOURCES INC. | ) | Case No. 19-13627-EEB |
| | ) | |
| BIYA OPERATORS INC. | ) | Case No. 19-13628-EEB |
| | ) | |
| NATURAL RESOURCE GROUP INC. | ) | Case No. 19-13629-EEB |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered Under |
| | ) | Case No. 19- 13627-EEB |

**NOTICE OF ORDER ESTABLISHING PROCEDURES AND BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED.R.BANKR.P. 3003(c)(3)**

**TO INDIVIDUALS AND ENTITIES WHO MAY BE CREDITORS OF THE DEBTORS OR EQUITY SECURITY HOLDERS**:

Please take notice that the Bankruptcy Court has entered an order establishing procedures and a bar date for filing proofs of claim pursuant to Bankruptcy Rule 3003(c)(3) as follows:

(a) All proofs of claim must be filed with the Clerk of the bankruptcy court by e-filing, by mail or in person, such that they are received no later than **July 15, 2019** (the "Bar Date"), at the following address:

Clerk of the United States Bankruptcy Court
United States Custom House
721 19th Street
Denver, Colorado 80202

**CLAIMS ARE NOT DEEMED FILED UNTIL ACTUALLY RECEIVED BY THE CLERK.**

(b) **ANY CLAIMS FILED AFTER THE BAR DATE WILL BE DISALLOWED**. Any individual or entity that is required to file a proof of claim by the Bar Date and that fails to do so will not be treated as a creditor for the purposes of voting or distribution, may not receive any further notices of mailings in this chapter 11 case and any claim of such

-1-

**EXHIBIT 1**

(c) Any creditor holding a claim arising prior to date of debtor's chapter 11 bankruptcy filing, November 20, 2017, must file a proof of claim with the court if the claim is: (i) not scheduled, (ii) scheduled as disputed, contingent, or unliquidated, or (iii) if such creditor disagrees with the amount of the scheduled claim.

(d) Following the Bar Date, a creditor will not be allowed to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by debtors in their respective bankruptcy schedules.

(e) CLAIMANTS WHO HAVE ALREADY FILED THEIR PROOFS OF CLAIM SHOULD NOT FILE A DUPLICATE CLAIM. Claimants who have filed a Proof of Claim MAY file an amended Proof of Claim by the Bar Date.

(f) EACH CLAIMANT MUST (1) NAME ONLY ONE SPECIFIC DEBTOR, (2) STATE THAT DEBTOR'S INDIVIDUAL BANKRUPTCY CASE NUMBER AS SET FORTH ABOVE; AND (3) FILE THE PROOF OF CLAIM IN THE SPECIFIC CASE TO WHICH IT APPLIES. DO NOT COMBINE CLAIMS AGAINST TWO OR MORE DEBTORS INTO ONE PROOF CLAIM FORM. In order to assist in the review and reconciliation of proofs of claim, claims should include copies of any invoices, statements or other documents which evidence or support the amount and basis of the claim.

**ANY CLAIM NOT TIMELY FILED WITH THE CLERK WITHIN THE TIME SET FORTH ABOVE WILL BE FOREVER BARRED FROM SHARING IN THE ESTATE OR BEING TREATED AS A CLAIM FOR PURPOSES OF VOTING OR DISTRIBUTION.[1]**

Dated: May ____, 2019

Respectfully submitted, BUECHLER LAW OFFICE, L.L.C.

_____
Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S Denver, Colorado 80202
Tel:720-381-0045
Fax: 720-381-0382
Mike@kjblawoffice.com
ATTORNEY FOR THE DEBTORS

---

[1] Subject to 11 U.S.C. § 726(a)(1) in the event of conversion.

**EXHIBIT 1**