UNITED STATES DEPARTMENT OF JUSTICE
Joseph H. Hunt, Assistant Attorney General
Civil Division
Ruth A. Harvey, Director
Margaret M. Newell, Assistant Director
Kevin P. VanLandingham (NY Reg. No. 4741799)
Trial Attorney
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 307-1134
Email: kevin.p.vanlandingham@usdoj.gov

Attorneys for the United States

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DIVERSIFIED RESOURCES INC. | ) |
| | )  Case No. 19-13627-EEB |
| | ) |
| | ) |
| BIYA RESOURCES INC. | )  Case No. 19-13628-JGR |
| | ) |
| | ) |
| | ) |
| NATURAL RESOURCE GROUP INC. | )  Case No. 19-13629-MER |
| | ) |
| Debtors. | )  Chapter 11 |
| | ) |
| | )  **Jointly Administered Under** |
| | )  **Case No. 19- 13627-EEB** |

**STIPULATED MOTION FOR ORDER ESTABLISHING BAR DATE FOR GOVERNMENT CLAIMS**

The United States, a party of interest in the above-captioned matter, and debtors Diversified Resources Inc., BIYA Operators Inc. and Natural Resource Group, Inc. (collectively the Debtors) respectfully move the Court for an Order Establishing the bar date for government claims, and hereby state as follows:

1. The Debtors filed for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on April 30, 2019 (the "Petition Date").

2. The Bankruptcy Code affords governmental units 180 days after the petition date to file claims. 11 U.S.C. § 502(b)(9). In this case, 180 days after the Petition Date is October 28, 2019.

3. On May 9, 2019, Debtors filed their Motion for Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Fed.R.Bankr.P. 3003(c)(3). (Dkt. 48, Debtors' Bar Date Motion.) Debtors' Bar Date Motion requested a bar date of July 15, 2019. Debtors Bar Date Motion did not request to modify the 180-day period provided to governmental units to file proofs of claim under 11 U.S.C. § 502(b)(9). *Id.*

4. The Court granted Debtors' Bar Date Motion, ordering that "Proofs of Claim in the above-captioned Chapter 11 bankruptcy cases must be filed no later than July 15, 2019." (Dkt. 50, Bar Date Order.) In doing so, the Court did not explicitly address or modify the deadline for governmental units to file proofs of claim. *Id.*

5. The docket for this case retains the 180-day period for governmental units to file proofs of claim, setting the bar date for government proofs of claim on October 28, 2019. *See* Exhibit A.

WHEREFORE, for the avoidance of any doubt, the parties respectfully request that this Court issue an order setting a bar date of October 28, 2019 for governmental units to file proofs of claim, notice of which shall be mailed out by the Debtors to all governmental creditors and governmental parties in interest.

Dated:  June 18, 2019	Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

RUTH A. HARVEY
Director

MARGARET M. NEWELL
Assistant Director

/s/ Kevin Vanlandingham
KEVIN P. VANLANDINGHAM
(NY Reg. No. 4741799)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C.  20044-0875
Telephone: (202) 307-1104
Facsimile: (202) 514-9163
E-mail:  kevin.p.vanlandingham@usdoj.gov

Attorneys for the United States

BUECHLER LAW OFFICE, L.L.C.

/s/ Michael J. Guyerson
Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel:720-381-0045
Fax: 720-381-0382
Mike@kjblawoffice.com
ATTORNEY FOR THE DEBTORS