## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Diversified Resources Inc. | ) | Case No. 19-13627-EEB |
| | ) | |
| BIYA Operators Inc. | ) | Case No. 19-13628-EEB |
| | ) | |
| Natural Resources Group Inc. | ) | Case No. 19-13629-EEB |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | (Jointly Administered) |

## UNITED STATES TRUSTEE'S APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
## CASE OF DIVERSIFIED RESOURCES INC.

The United States Trustee hereby appoints the following creditors to the Official Unsecured Creditors' Committee in the case of Diversified Resources Inc., Case No. 19-13627:

Robert E. Joyce, Jr. (Representative: Robert E. Joyce, Jr.)
2317 Keystone Dr.
Evergreen, CO 80439
(303)670-7349
robert@joyce-jr.com

Natural Petroleum Corp. (Representative: Ronald McGinnis)
597 W. Waterview
Green Valley, AZ 85614
(520)490-6824
Rrmcginnis34@gmail.com

Condit Csajaghy, LLC. (Representative: Josh Bugos)
695 S. Colorado Blvd., Ste. 270
Denver, CO 80246
(720)287-6606
josh@cclawcolorado.com

Hart & Hart, LLC (Representative: William Hart)
1624 N. Washington St.
Denver, CO 80203
(303)839-0061
harttrinen@aol.com

Richard and Debbie Baldwin (Representative: Debbie Baldwin)
15 Road 3088
Aztec, NM 87410
(505)793-6193
baldwinracer@hotmail.com

Dated: June 18, 2019 Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ R. Samuel Boughner
By: R. Samuel Boughner, #AR#2010272
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7252
(303) 312-7259 fax
Samuel.Boughner@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2019, a copy of the UNITED STATES TRUSTEE'S APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served by deposit in the United States Mail, postage prepaid, or electronically through the CM/ECF system, on the following parties:

Diversified Resources Inc.
P.O. Box 370
Littleton, CO 80160

Natural Resource Group, Inc.
P.O. Box 370
Littleton, CO 80160

BIYA Operators Inc.
P.O. Box 370
Littleton, CO 80160

Machael J. Guyerson, via CM/ECF

Jolene M. Wise, via CM/ECF

Kevin Paul VanLandingham, via CM/ECF

Michael Zevenbergen, via CM/ECF

Margaret R. Pflueger, via CM/ECF

Phillip A. Parrot, via CM/ECF

Jeffrey Weinman, via CM/ECF

Patrick D. Vellone, via CM/ECF

Rachel A. Sternlieb, via CM/ECF

James A. Askew, via CM/ECF

Joshua F. Bugos, via CM/ECF

Neal K. Dunning, via CM/ECF

/s/ R. Samuel Boughner
Office of the United States Trustee